# EXHIBIT A

1

## EXHIBIT 1D15

2  Date:  June 21, 2011

3  Time:  12:50 p.m.

4  Type:  Meeting

5  Participants:  Abu Khalid Abdul-Latif
6  Robert Childs
7  Wali Mujahidh
8  Binta Moussa Davis
9  Khaled Abdul-Latif
10

11

| | | |
|---|---|---|
| 1 | CHILDS: | Yeah, you got to flip the cap and then there's a little uh, little button you got to |
| 2 | | push it in to get the fire going.  It's my driving lighter.  This little- right here, you |
| 3 | | got to push it inward and then do it.  I usually use back of my tongue to get it |
| 4 | | There you go. |
| 5 | CHILDS: | Uh, I'm thirsty again. |
| 6 | MUJADIDH: | Yeah, me too.  I hope he got (inaudible) to drink. |
| 7 | CHILDS: | I know he's got cocaine. |
| 8 | MUJADIDH: | He's got a lot of cocaine, huh?  Bought a kilo, huh? |
| 9 | CHILDS: | He always has cocaine. |
| 10 | MUJADIDH: | Huh.  Yeah, man.  If my family knew I was coming-- I'd told, I didn't tell none |
| 11 | | of my family members nothing.  I let a couple brothers at the mosque know I was |
| 12 | | coming on jihad.  And they was like, "Man, Allah be with you brother." |
| 13 | CHILDS: | Humdalallah. |
| 14 | MUJADIDH: | "Allah be with you, man." |
| 15 | CHILDS: | Man, why didn't you bring 'em with you? |
| 16 | MUJADIDH: | They didn't wanna come.  They didn't wanna come.  Plus where were we all |
| 17 | | gonna stay? |
| 18 | CHILDS: | They-- they ain't gonna-- they ain't gonna say nothing, are they? |
| 19 | MUJADIDH: | Nah.  They probably say something when they notice I b-- notice I'm gone for a |
| 20 | | while.  It's like, yeah-- |
| 21 | CHILDS: | Or when they see it on the news. |
| 22 | MUJADIDH: | Yeah. |
| 23 | CHILDS: | Yeah, this is gonna hit headlines. |
| 24 | MUJADIDH: | Yeah.  "Three Muslim males walk into MEPS building Seattle, Washington and |

| | |
|---|---|
| 1 | gun down everybody.  Frederick Anthony Domingue, whatever your real name is |
| 2 | and Abu Khalid Abdul Latif killed on site.  Police stand- off and shootings." |
| 3 | That's what it's gonna come down to.  'Cause if they surround the building, the |
| 4 | only way out is through them. |
| 5 | CHILDS:    Yep. |
| 6 | MUJADIDH:    And, guns blazing, man, guns blazing.  Down to the last La Ilaha Ilallah. |
| 7 | CHILDS:    He said uh, it was funny, Abdul Latif was saying something like, "We don't want |
| 8 | to run outta bullets."  I was like, "Well, ultimately we will run out of bullets, |
| 9 | unless you want to fill th-- buy enough to fill this truck up."  And I can see it |
| 10 | now, "Hey Wali, go grab us some more bullets." |
| 11 | MUJADIDH:    Yeah.  So I heard we got a few grenades, too. |
| 12 | CHILDS:    There's gonna be some grenades involved.  That's why I was asking if you knew, |
| 13 | uh, if he had told you about 'em. |
| 14 | MUJADIDH:    Yeah, he let me know about the grenades. |
| 15 | CHILDS:    And then if uh, if you knew how to use them. |
| 16 | MUJADIDH:    Pull the pin and throw. |
| 17 | CHILDS:    And if you have any problem doing it? |
| 18 | MUJADIDH:    No. |
| 19 | CHILDS:    And do you know who to throw it at? |
| 20 | MUJADIDH:    Yep. |
| 21 | CHILDS:    Do you know how far to throw it? |
| 22 | MUJADIDH:    Fifteen yards, which ain't really that far. |
| 23 | CHILDS:    At least fifteen.  The further away, the better. |
| 24 | MUJADIDH:    Yeah.  'Cause we don't want to use no grenades in the MEPS building, man.  It's |

1

## EXHIBIT 1D15

2      Date:           June 21, 2011

3      Time:           12:50 p.m.

4      Type:           Meeting

5      Participants:   Abu Khalid Abdul-Latif
6                      Robert Childs
7                      Wali Mujahidh
8                      Binta Moussa Davis
9                      Khaled Abdul-Latif
10

11

|    |              |                                                                                                                                                                                                                                                                                                                                                                                                                                    |
|----|--------------|----|
| 1  |              | They make you take a, a, a intelligence test.  You know, they have you go |
| 2  |              | through a whole bunch of things.  You swear into the military.  And then uh, and |
| 3  |              | then uh, that's where -- that's where they process you from the beginning to the |
| 4  |              | end.  Um, one of, one of my con-- one of my concerns was -- is there, the |
| 5  |              | cafeteria.  The door to the cafeteria is up toward the end up here.  We have a |
| 6  |              | problem, 'cause he- our plan is to send him into the office.  I'm gonna come right |
| 7  |              | here toward the commander's office and guard him, so I'll be guarding the |
| 8  |              | hallways over here.  We wanted to have you here.  We're just gonna basically |
| 9  |              | take care of business here and run back.  But the problem I have is the door of the |
| 10 |              | cafeteria is not guarded. |
| 11 | CHILDS:      | Well, the door is not necessarily at the end.  It's more like, it-it's a larger opening. |
| 12 |              | It's not like a small door like this. |
| 13 | ABDUL-LATIF: | But-but-but-but, Akhi, that's not the point, though.  There could be anybody that |
| 14 |              | comes out of there with anything.  We don't know.  The security guard, he might |
| 15 |              | be on a break or something and he hear what going on, he come out blasting. |
| 16 | CHILDS:      | Okay. |
| 17 | ABDUL-LATIF: | We don't know. |
| 18 | CHILDS:      | So, what's your thoughts on that? |
| 19 | ABDUL-LATIF: | My tho-- My thoughts on that is we need to either find somebody else to guard |
| 20 |              | this corner, or we need to find some-some other way to handle it, 'cause-- |
| 21 | MUJADIDH:    | Why don't we all just go in there guns blazing and just lay everybody down. |
| 22 |              | They all kaffirs, anyway.  Just lay everybody down. |
| 23 | CHILDS:      | That's true. |
| 24 | MUJADIDH:    | And we all just make our way around here together. |

Page 5

| | | |
|---|---|---|
| 1 | CHILDS: | You know, you know-- |
| 2 | MUJADIDH: | Whoever's getting laid down get laid down. |
| 3 | CHILDS: | You know, there's only three options that were given to us.  I mean, Allah Aza |
| 4 | | Wajal said in the final-- the final declare of jihad, 'cause you know, it came to us |
| 5 | | in different stages, and he says find 'em wherever you-- I mean kill them |
| 6 | | wherever you find them. |
| 7 | MUJADIDH: | Yup.  And these are- these is nonbelievers, Akh. |
| 8 | CHILDS: | These are-- they're, they're not-- they're not just nonbelievers.  They're |
| 9 | | mushrikun. |
| 10 | ABDUL-LATIF: | Most- most of- most of them people that are going into MEPS getting out of high |
| 11 | | school or whatever and then going into the military, a majority of them are going |
| 12 | | to Afghanistan right now and Iraq. |
| 13 | CHILDS: | Mm-hmm. |
| 14 | ABDUL-LATIF: | They're being sent to the front lines to kill our brothers and sisters over there.  I |
| 15 | | want, I'm gonna, I'm gonna go get my computer right now 'cause I'm gonna |
| 16 | | show you some of these videos of what I been talking about, you know?  But-- |
| 17 | CHILDS: | But, I mean from what he was saying, what do you think about that?  Because |
| 18 | | we're told basically in Islam you have three choices now.  You submit, you pay |
| 19 | | the jizya, or you die.  Right? |
| 20 | ABDUL-LATIF: | Sounds nice. |
| 21 | CHILDS: | That's true though, right? |
| 22 | ABDUL-LATIF: | Yeah. |
| 23 | CHILDS: | So as he said, why not just lay 'em all down? |
| 24 | MUJADIDH: | That's less – |

1

**EXHIBIT 1D15**

2       Date:        June 21, 2011

3       Time:        12:50 p.m.

4       Type:        Meeting

5       Participants:   Abu Khalid Abdul-Latif
6                      Robert Childs
7                      Wali Mujahidh
8                      Binta Moussa Davis
9                      Khaled Abdul-Latif
10

11

| | | |
|---|---|---|
| 1 | | Osama Bin Laden.  There's even a brother in Gambia after jummah, he stands up. |
| 2 | | There's a big picture of Barack Obama on his shirt, man.  I turn around like oh, |
| 3 | | my god. |
| 4 | CHILDS: | All right, so, where is it that you were talking about?  I know you said in the |
| 5 | | cafeteria-- |
| 6 | MUJADIDH: | You want me to post the door.  I'm gonna – this is what I'm gonna do.  I'm gonna |
| 7 | | post guard.  I'm gonna come in.  Pop-pop the security guards.  Run into the |
| 8 | | cafeteria.  Lay everybody down in there.  Pop-pop-pop-pop.  "Get on the ground, |
| 9 | | get on the ground, get on the ground."  And these offices right here, pop-pop- |
| 10 | | pop-pop. |
| 11 | ABDUL-LATIF: | Okay, hold on.  Why you gonna go here, here, then here? |
| 12 | MUJADIDH: | So what am I gonna do then?  I'm just gonna stay-- I'm just going to let-- |
| 13 | CHILDS: | No, no.  He was saying, why go from here to here to here, instead of here, here, |
| 14 | | here? |
| 15 | MUJADIDH: | Okay, I see what you saying.  Okay, so I'll pop-pop the security guards. |
| 16 | CHILDS: | Bee lines.  Think about bee lines. |
| 17 | MUJADIDH: | And come to the office, pop-pop-pop-pop.  And then go to the cafeteria pop-pop- |
| 18 | | pop-pop.  But since everybody's gonna be laid down right here, I could just-- |
| 19 | | should be able to just post right here, keep back on you two brothers and post-- |
| 20 | | and watch the door and that right there. |
| 21 | ABDUL-LATIF: | Or how about this, man?  How about— |
| 22 | | *1d15, Track 5 end* |
| 23 | | |
| 24 | | *1d15, Track 6 start* |

| | | |
|---|---|---|
| 1 | ABDUL-LATIF: | -- we go in first, and we uh-- |
| 2 | CHILDS: | One of us take point, one of us take flank. |
| 3 | ABDUL-LATIF: | And then uh, basically we can just work our way up here.  You know, I can stop |
| 4 | | and hold it down here, and then come over there, and we just follow each other. |
| 5 | MUJADIDH: | My thing is I want more of the action.  It seems like y'all two getting all the |
| 6 | | action, man. |
| 7 | CHILDS: | See, didn't I tell you?  He's not gonna be happy right there. |
| 8 | MUJADIDH: | Well, okay.  I can just post up and when the police get there I just, "You'll never |
| 9 | | take me alive, coppers!"  Ba-da-da-da-da-da-da-da-da-da. (laughs) |
| 10 | ABDUL-LATIF: | Well, you know, how much are the grenades you said? |
| 11 | CHILDS: | I believe they're-- |
| 12 | MUJADIDH: | 'Cause we could just throw grenades at 'em, man. |
| 13 | CHILDS: | 50 apiece. |
| 14 | ABDUL-LATIF: | If we can get to the upper floor-- |
| 15 | CHILDS: | 50 a piece, rough.  I think that's what it was. |
| 16 | MUJADIDH: | We could stand outside, could use the truck as a barricade and just throw |
| 17 | | grenades at 'em. |
| 18 | ABDUL-LATIF: | No, Akhi, look.  Because where the fr-- where the front door is to the truck, we're |
| 19 | | not having any access to the vehicles at all. |
| 20 | CHILDS: | Mm-mm.  Once we're in, we're in. |
| 21 | ABDUL-LATIF: | Once we're in, that's it.  Because they have-- they have like a concrete uh, layout. |
| 22 | | And then they have the concrete uh, things, that were made-- |
| 23 | CHILDS: |  Like the big-- |
| 24 | ABDUL-LATIF: | -- like even his truck won't be able to go through it. |

1

**EXHIBIT 1D1**

2

Date:          June 6, 2011

3

Time:          8:40 p.m.

4

Type:          Meeting/Phone Call

5
6
7
8
9
10
11

Participants:  Abu Khalid Abdul-Latif
               Robert Childs
               Wali Mujahidh
               Binta Moussa Davis
               Khaled Abdul-Latif

| | | |
|---|---|---|
| 1 | ABDUL-LATIF: | Um. So bas- so, so basically we want to bring you up here in the next couple |
| 2 | | weeks. So, um, um, we're gonna try to find a plane ticket for you and get you up |
| 3 | | here. |
| 4 | CHILDS: | Insha'allah |
| 5 | MUJAHIDH: | Okay. |
| 6 | CHILDS: | What, what part of L.A. you in right now, akh? |
| 7 | ABDUL-LATIF: | Let me dig up the (inaudible) |
| 8 | MUJAHIDH: | South central. |
| 9 | CHILDS: | South central? |
| 10 | MUJAHIDH: | Hell yes. |
| 11 | CHILDS: | On Crenshaw? |
| 12 | MUJAHIDH: | Yeah, south central L.A. |
| 13 | CHILDS: | That's what I'm saying.  Are you off of Crenshaw? |
| 14 | MUJAHIDH: | No.  I'm off of Manchester, but I'm pretty close to Crenshaw. |
| 15 | ABDUL-LATIF: | Yeah, Manchester, yeah. |
| 16 | CHILDS: | Manchester? |
| 17 | ABDUL-LATIF: | Yeah. |
| 18 | MUJAHIDH: | Yeah. |
| 19 | ABDUL-LATIF: | I'm gonna dig up (inaudible) |
| 20 | CHILDS: | So, I just -- my main thing, akh, 'cause I, I don't know if I've met you or not |
| 21 | | before, so, you know, obviously I'm taking the, uh, brother's word.  But I just |
| 22 | | want to make sure that you're, uh, you're heartfelt and that we don't, we don't get |
| 23 | | all the way up to, uh, up to the point and you, uh, you back out. |
| 24 | | |

| | | |
|---|---|---|
| 1 | MUJAHIDH: | Yeah, I'm good man.  I'm good.  It's all good.  You all don't have to worry about |
| 2 | | me. |
| 3 | CHILDS: | You all ready for jannah? |
| 4 | MUJAHIDH: | Yeah |
| 5 | CHILDS: | Insha'allah. |
| 6 | ABDUL-LATIF: | Cause if we're not, man, there's no point in even-- |
| 7 | MUJAHIDH: | Let me say it like this, man.  I don't have nothing to lose.  I got everything to |
| 8 | | gain.  Insha'allah. |
| 9 | CHILDS: | Insha'Allah. |
| 10 | MUJAHIDH: | (inaudible) |
| 11 | ABDUL-LATIF: | (inaudible)  So maybe we can set him up to leave on the twenty-second. |
| 12 | MUJAHIDH: | (inaudible) |
| 13 | CHILDS: | The twenty second? |
| 14 | ABDUL-LATIF: | Yeah, a little over two weeks away. |
| 15 | MUJAHIDH: | (inaudible) |
| 16 | ABDUL-LATIF: | The sooner we buy, the sooner we buy the ticket, the cheaper it will be. |
| 17 | CHILDS: | Umm-hmm |
| 18 | ABDUL-LATIF: | This is a really good website where I get all my plane tickets from these people. |
| 19 | CHILDS: | Humdalallah.  Yeah, he's looking up the ticket right now. |
| 20 | ABDUL-LATIF: | Yeah so, yeah so basically, uh, basically, um, --basically we're-- basically we're |
| 21 | | planning on two weeks after you show up.  So we're gonna go camping and stuff. |
| 22 | | And, you know, and then, uh, Insha'Allah um— |
| 23 | CHILDS: | (inaudible) |
| 24 | MUJAHIDH: | Insha'Allah. |

1

**EXHIBIT 1D15**

2       Date:          June 21, 2011

3       Time:          12:50 p.m.

4       Type:          Meeting

5       Participants:  Abu Khalid Abdul-Latif
6                      Robert Childs
7                      Wali Mujahidh
8                      Binta Moussa Davis
9                      Khaled Abdul-Latif
10

| 1 | MUJADIDH: | About two, three years. |
|---|---|---|
| 2 | CHILDS: | So you're not a stranger to the place. |
| 3 | MUJADIDH: | Nah, I forgot a little bit but- |
| 4 | CHILDS: | Things have-- things have changed a bit. |
| 5 | MUJADIDH: | Yeah. |
| 6 | CHILDS: | Just in the time I was gone.  I hope the brother doesn't wanna put it off for too |
| 7 | | long, though. |
| 8 | MUJADIDH: | Gotta get in shape a little bit first, man. |
| 9 | CHILDS: | Well, his thing, it's not necessarily that.  What his thing is, is he wants to be able |
| 10 | | to take care of uh-- take care of his wife and family financially, which I totally |
| 11 | | understand. |
| 12 | MUJADIDH: | Yeah. |
| 13 | CHILDS: | But uh, at the same time-- and he even said it himself.  The longer you wait, the |
| 14 | | more chance of something else going bad. |
| 15 | MUJADIDH: | Yeah. |
| 16 | CHILDS: | And I mean, how long are we gonna have to store these weapons for, you know, |
| 17 | | things like that.  I'd put Qur'an on but you see I have no- |
| 18 | MUJADIDH: | You have no radio. |
| 19 | CHILDS: | -at all.  I just stuck some speakers in, but they're not wired up. |
| 20 | MUJADIDH: | Okay. |
| 21 | CHILDS: | Uh, down in the uh, doors right there. |
| 22 | MUJADIDH: | Yeah. |
| 23 | CHILDS: | Yeah.  I decided I'm not even gonna worry about it.  I mean, if, if we survive |
| 24 | | through this, then yeah, I might go ahead and do that but uh- |

| 1 | MUJADIDH: | Not likely to occur. |
| 2 | CHILDS: | Yeah. |
| 3 | MUJADIDH: | We either gonna get killed or end up locked up. |
| 4 | CHILDS: | Yeah. |
| 5 | MUJADIDH: | I'm hoping for the first rather than the latter. |
| 6 | CHILDS: | Rather be killed. |
| 7 | MUJADIDH: | Yeah, rather die. |
| 8 | CHILDS: | Well, you know, they're gonna surround the place.  Once we're in, after the first shots are fired, somebody's gonna call 911.  Cops are gonna, you know, they're gonna completely surround the place.  I doubt if they'll come inside.  That's only in the movies.  I doubt if they'll come inside, so it's gonna be a barricade.  Who's gonna outlast who and now, obviously they gonna have an endless supply of supplies. |
| 14 | MUJADIDH: | Yeah, so we going in and killing everybody? |
| 15 | CHILDS: | That's what he was saying, especially anyone in green. |
| 16 | MUJADIDH: | Yeah. |
| 17 | CHILDS: | Anyone with a military haircut.  You know, obviously, we don't wanna kill civilians. |
| 19 | MUJADIDH: | Right. |
| 20 | CHILDS: | But how many civilians are really gonna be in that type of a building? |
| 21 | MUJADIDH: | Well, if it's a MEPS building, it's gonna be a lot, man. |
| 22 | CHILDS: | Well, no.  Everyone in there is tied into the uh- |
| 23 | MUJADIDH: | Military. |
| 24 | CHILDS: | -tied into the military.  That's what he was saying— anyone that's uh, tied- that's |

1

## EXHIBIT 1D15

2        Date:          June 21, 2011

3        Time:          12:50 p.m.

4        Type:          Meeting

5        Participants:  Abu Khalid Abdul-Latif
6                       Robert Childs
7                       Wali Mujahidh
8                       Binta Moussa Davis
9                       Khaled Abdul-Latif
10

11

1

2   CHILDS:         She took it off one time for me so I could see her hair and everything.  Um, the

3                   only thing holding it is I have to go to Indonesia to, one, meet her father.  Sure, he

4                   met me on web cam, but that's web cam.  He-- which I completely understand

5                   that.

6   MUJADIDH:       Right.

7   CHILDS:         Um, 33-year-old virgin.

8   MUJADIDH:       Wow, subhanallah.  That's a rare one.

9   CHILDS:         Not over there.

10  MUJADIDH:       It's not?

11  CHILDS:         You go into these Muslim countries, yeah.  'Cause they, they want-- one, they're

12                  not just married-- The-- it's not like--  In Saudi, the Saudi marries his daughters

13                  off to whoever.  It's usually family or something.  Over there, they don't do that.

14                  They want their daughters to have a good husband, therefore she has the right to

15                  choose.

16  MUJADIDH:       Right, that's how it's supposed to be.

17  CHILDS:         Instead of-- exactly, how it's supposed to be.  So some of 'em will hold out.

18                  Others, they want to go to school and everything and get their schooling done.

19                  Which, humdalallah is good.

20  MUJADIDH:       Yeah.

21  CHILDS:         So uh, I just have to get over there to, to meet him.  So, if there is survivability

22                  out of-- out of this, that might be what I do.

23  MUJADIDH:       We not walking out of there alive, Akh.

24  CHILDS:         Allahu A'lem.  Stranger things have happened.

| | | |
|---|---|---|
| 1 | MUJADIDH: | (Arabic).  Allah knows best.  Well, my guess is we're not walking outta there. |
| 2 | CHILDS: | I don't—I don't think so.  But, hey, you can hope-- you can dream big, right? |
| 3 | MUJADIDH: | Yeah. |
| 4 | CHILDS: | I mean, wouldn't that be something, though?  We get in there, you know, do-do |
| 5 | | our business, and we're out. |
| 6 | MUJADIDH: | Yeah. |
| 7 | CHILDS: | I mean, it's-- it is possible.  If the, if the plan is solid, and the timing is right, it is |
| 8 | | possible.  He was talk-- he was mentioning, first thing in the morning, you know, |
| 9 | | everyone's groggy.  Everyone's off their, off-base.  No one's prepared.  And as I |
| 10 | | told him already, the-- I only, I walked in the place and I only saw two weapons. |
| 11 | | It took no time whatsoever to get in and to walk all the way to the actual MEPS, |
| 12 | | walking.  So--g And uh, yeah, he's-- he hatched out a good plan.  So we'll uh, |
| 13 | | we'll sit down.  We got a map.  Sit down and we'll go through it with you, |
| 14 | | insha'allah. |
| 15 | MUJADIDH: | Insha'allah. |
| 16 | CHILDS: | We'll see what the freeway looks like up here.  Were you here when they opened |
| 17 | | up the light rail? |
| 18 | MUJADIDH: | No. |
| 19 | CHILDS: | Yeah, I was here when they were uh, building it.  But I left in '07 so nothing was |
| 20 | | done.  I come back, and I see it.  It's like, okay.  Pretty nice.  Nothing like back |
| 21 | | east in Chicago or New York though.  It's not even like the L.A., huh? |
| 22 | MUJADIDH: | Nah. |
| 23 | CHILDS: | The L.A. train. |
| 24 | MUJADIDH: | L.A. train be moving, man.  Like five of them: red line, blue line— |

1       Date:   June 17, 2011

2       Time:   9:57 p.m.

3       Type:   Telephone Call

4       Participants: Abu Khalid Abdul-Latif
5             Wali Mujahidh
6

7

| | | |
|---|---|---|
| 1 | MUJAHIDH: | Yeah. |
| 2 | ABDUL-LATIF: | -- a couple things and come back to the house, you know.  I'm just chilling |
| 3 | | watching Lockup right now on MSNBC. |
| 4 | MUJAHIDH: | Yeah.  I think I saw that one time. |
| 5 | ABDUL-LATIF: | That's a good -- it's a good show, man.  I like it. |
| 6 | MUJAHIDH: | That's gonna be us, huh?  We gonna be in lockup. |
| 7 | ABDUL-LATIF: | We'll probably be in our grave, bro. |
| 8 | MUJAHIDH: | Yeah.  One or the other. |
| 9 | ABDUL-LATIF: | Well, hope you're looking forward to it. |
| 10 | MUJAHIDH: | Yeah, I am.  Actually I am looking forward to it, man. |
| 11 | ABDUL-LATIF: | Hey, if they don't kill us, then we'll get three square meals a day. (laughs) |
| 12 | MUJAHIDH: | Yeah.  Yeah. |
| 13 | ABDUL-LATIF: | But, you know, insha'Allah we could-- insha'Allah there are things that we need |
| 14 | | to talk about, that we can't talk about on the phone, so when you get here we gon- |
| 15 | MUJAHIDH: | Yeah. |
| 16 | ABDUL-LATIF: | You know.  And then insha'Allah I got the-- I got a gym here at my complex, so |
| 17 | | we can work out and all that and get in shape. |
| 18 | MUJAHIDH: | Yeah, 'cause I'm fat, man.  I'm fat, man.  Remember when I was skinny when I |
| 19 | | left?  I'm fat now. |
| 20 | ABDUL-LATIF: | Like fat-fat, or you just got a little fat? |
| 21 | MUJAHIDH: | I got fat.  I weigh like 220 some pounds, man.  I got a gut, man.  Your stomach |
| 22 | | probably smaller than mine. |
| 23 | ABDUL-LATIF: | Well, you know, insha'Allah we gotta change that.  Maybe we can motivate each |
| 24 | | other, plus we got -- |

1

|  | Date: | June 14, 2011 |
|---|---|---|
|  | Time: | 3:35 p.m. |
|  | Type: | Telephone Call |
|  | Participants: | Wali Mujahidh |
|  |  | Wali Mujahidh's mother |

*(Phone ringing.)*

**MUJAHIDH'S MOM:** Hello?

**MUJAHIDH:** Hello. Hey, I'm gonna be headed to Washington on Monday. They, uh, bought me a Greyhound ticket.

**MUJAHIDH'S MOM:** Okay. This coming Monday?

**MUJAHIDH:** Yeah.

**MUJAHIDH'S MOM:** Oh, all right. Well, you make sure you, um, let me know before you leave.

**MUJAHIDH:** Yeah.

**MUJAHIDH'S MOM:** What time are you supposed to be leaving? You got the ticket already?

**MUJAHIDH:** Yeah, they sent me -- they got it on line, and they sent me the confirmation number and everything.

**MUJAHIDH'S MOM:** Oh, okay. And, what time you supposed to be leaving?

**MUJAHIDH:** Um, 8:25 in the morning.

**MUJAHIDH'S MOM:** Oh, Okay.

**MUJAHIDH:** So I might have to catch a cab to the Greyhound if I can't catch no bus that early in the morning.

**MUJAHIDH'S MOM:** Oh. Okay. Well, you be careful out there and make sure you let me know be-- like I say, before you leave -- you know, when you, when you're

| | | |
|---|---|---|
| 1 | | leaving. |
| 2 | MUJAHIDH: | Yeah. |
| 3 | MUJAHIDH'S MOM: | Wow.  Okay. And how long are you gonna be there?  You don't know? |
| 4 | MUJAHIDH: | In Washington? |
| 5 | MUJAHIDH'S MOM: | Yeah. |
| 6 | MUJAHIDH: | I'll probably be there for the rest of my life. |
| 7 | MUJAHIDH'S MOM: | Whatever.  Awww...  Well, you get yourself squared away so I can come |
| 8 | | visit you, then. |
| 9 | MUJAHIDH: | All right. |
| 10 | MUJAHIDH'S MOM: | Yeah.  If that's the case, you get yourself squared away so I can come visit |
| 11 | | you.  And stay out of trouble, son. |
| 12 | MUJAHIDH: | I don't get into trouble, Mom.  I didn't -- |
| 13 | MUJAHIDH'S MOM: | I mean -- well, you know – I know, you really don't.  You really don't. |
| 14 | | But you need to stay on your medication. |
| 15 | MUJAHIDH: | Yeah.  All right. |
| 16 | MUJAHIDH'S MOM: | 'Cause the only time that you -- you're in trouble is when you're not |
| 17 | | taking it. |
| 18 | MUJAHIDH: | Yeah. |
| 19 | MUJAHIDH'S MOM: | And make sure -- I don't know how long it's gonna take you to be able to |
| 20 | | see a doctor, but you need to make sure you have enough now. |
| 21 | MUJAHIDH: | Yeah, I got some. |
| 22 | MUJAHIDH'S MOM: | Okay. |
| 23 | MUJAHIDH: | I got a whole new prescription. |
| 24 | MUJAHIDH'S MOM: | Oh, good.  So, you know, make sure you have enough for when you get |

| | | |
|---|---|---|
| 1 | | out there, 'cause you don't know how long it's gonna be before you'll be |
| 2 | | able to see a doctor.  Oh, okay.  I love you.  You know, now I'm gonna |
| 3 | | have to stress out a little more.  At least you was here, I could tell -- you |
| 4 | | were around family and friends – family, well, you'll still be around |
| 5 | | friends.  Well, you make sure if anything happens, somebody know how |
| 6 | | to get in touch with me. |
| 7 | MUJAHIDH: | All right. |
| 8 | MUJAHIDH'S MOM: | Uh, yeah, just let them – make sure, make sure that somebody know how |
| 9 | | to get in touch with me. |
| 10 | MUJAHIDH: | I will. |
| 11 | MUJAHIDH'S MOM: | All right.  Love you, son, and stay out of trouble. |
| 12 | MUJAHIDH: | I will.  Love you, too. |
| 13 | MUJAHIDH'S MOM: | All right.  Bye-bye. |
| 14 | MUJAHIDH: | Bye-bye. |
| 15 | | *(Audio concluded.)* |

1

**EXHIBIT 1D15**

2

Date:          June 21, 2011

3

Time:          12:50 p.m.

4

Type:          Meeting

5     Participants:   Abu Khalid Abdul-Latif
6                     Robert Childs
7                     Wali Mujahidh
8                     Binta Moussa Davis
9                     Khaled Abdul-Latif
10

11

| | | |
|---|---|---|
| 1 | | tired, they're relaxed, you know, they're not thinking about anything but, "Oh it's |
| 2 | | a Monday," you know, "I don't wanna come to work." So their minds aren't on |
| 3 | | the job, you know. But that's when the uh, processing takes place, Mondays and |
| 4 | | Tuesdays. |
| 5 | CHILDS: | Mm-hmm. |
| 6 | ABDUL-LATIF: | It's a good day, man, you know. |
| 7 | CHILDS: | A good day to kill. A good day to die. Now you know, I'm-- let me--let me just |
| 8 | | put this out here, though. You know, if either of one-- if either one of you |
| 9 | | brothers want to step out now, back away. It's okay. I won't hold it against you, |
| 10 | | okay. |
| 11 | ABDUL-LATIF: | We're not doing this for you. Good lord! |
| 12 | CHILDS: | No, no, I'm not saying for me. |
| 13 | MUJADIDH: | You sounding like: "You wanna leave, you can leave." |
| 14 | CHILDS: | No, no. I'm just— No-- |
| 15 | ABDUL-LATIF: | You can leave, too. |
| 16 | CHILDS: | I know. We all have our opportunity. But this-this is what I'm saying -- |
| 17 | MUJADIDH: | I'm in, man. |
| 18 | CHILDS: | -- this is our last chance. |
| 19 | MUJADIDH: | I'm in it, bro. |
| 20 | CHILDS: | This is our last chance to step away. |
| 21 | ABDUL-LATIF: | What you mean this is my last chance? I gave you all my money, man, for this |
| 22 | | thing, man. What you think? |
| 23 | CHILDS: | Okay. |
| 24 | MUJADIDH: | He was going to make hajj. |

| | | |
|---|---|---|
| 1 | CHILDS: | I know. |
| 2 | MUJADIDH: | He gave you the hajj loot for this, man. |
| 3 | CHILDS: | I know, I know it.  I-I chunked out a-- I chunked out a chunk too. |
| 4 | ABDUL-LATIF: | Yeah, I didn't see any of that money, but we'll see. |
| 5 | CHILDS: | You'll-you'll see it tomorrow. |
| 6 | ABDUL-LATIF: | Mm-hmm. |
| 7 | CHILDS: | You'll see the outcome of it tomorrow when you are going like, "Ahhh."  And |
| 8 | | you open the-- you like, "Oh, dude, ah, yeah, yeah." |
| 9 | MUJADIDH: | That's right. |
| 10 | ABDUL-LATIF: | If any of us gets caught and we survive. |
| 11 | CHILDS: | Or anything?  Oh you mean, after this? |
| 12 | ABDUL-LATIF: | If, if we, if, like if we-- like if we don't get killed and we get arrested. |
| 13 | CHILDS: | Mm-hmm. |
| 14 | ABDUL-LATIF: | Don't ever say anything to the police. |
| 15 | CHILDS: | Umm-mm. |
| 16 | ABDUL-LATIF: | 'Cause they gonna tell you, "Oh, you'll feel better.  Oh, we can cut you a deal. |
| 17 | | Oh."  Don't say anything. |
| 18 | MUJADIDH: | Yeah. |
| 19 | ABDUL-LATIF: | Because they're gonna kill us anyway. |
| 20 | MUJADIDH: | Right. |
| 21 | CHILDS: | Mm-hmm. |
| 22 | ABDUL-LATIF: | Just say, "La ilaha ilallah."   That's it. |
| 23 | MUJADIDH: | That's it. |
| 24 | ABDUL-LATIF: | Don't, "Oh, well maybe I can get twenty five years," you know. |

1

2

3

4
5
6

7

Date:           June 19, 2011

Time:           9:57 p.m.

Type:           Telephone Call

Participants:   Abu Khalid Abdul-Latif
                Wali Mujahidh

| | | |
|---|---|---|
| 1 | MUJAHIDH: | Nah, the story behind GI Joe and Cobra?  It's like the, um... It's like the United |
| 2 | | States Army versus Islam. |
| 3 | ABDUL-LATIF: | That's the only – That's -- That's the only way that they could win, man, is by |
| 4 | | drawing a cartoon about it.  Can't win for real. |
| 5 | MUJAHIDH: | Yeah. |
| 6 | ABDUL-LATIF: | You know?  I mean, the cartoon you can do anything you want, but, you know, |
| 7 | | hey, what can I say? |
| 8 | MUJAHIDH: | Yeah.  I'm a little nervous, man. |
| 9 | ABDUL-LATIF: | What you nervous about, brother? |
| 10 | MUJAHIDH: | Just coming up there, man.  Everything's was going smooth for me down here. |
| 11 | | Now I gotta come up there.  I just changed.  You know what I'm saying?  I ain't |
| 12 | | been in Washington for of couple years.  I know a lot been changed. |
| 13 | ABDUL-LATIF: | Uh, well, you know, that's what life's about, man -- changes. |
| 14 | MUJAHIDH: | Yeah. |
| 15 | ABDUL-LATIF: | You know, I mean, if-if-if you can get a better opportunity somewhere else, you |
| 16 | | should do it, man, you know. |
| 17 | MUJAHIDH: | Yeah. |
| 18 | ABDUL-LATIF: | I mean, you know, you could always change your mind if you wanted to, but |
| 19 | MUJAHIDH: | Nah, I'm not gonna change my mind. |
| 20 | ABDUL-LATIF: | Yeah, well. |
| 21 | MUJAHIDH: | I just wanna make sure be able-- that I'm gonna be able to get out there and hold |
| 22 | | everything down, you know what I'm saying? |
| 23 | ABDUL-LATIF: | Akhi, right now, you know what I'm saying, you know?  Just come up here, you |
| 24 | | know what I'm saying?  We gonna help you as much as we can.  We gon-- we |

| | | |
|---|---|---|
| 1 | | gonna help you get settled.  You know, what I'm saying?  Where you can ju-- |
| 2 | | where you don't -- where don't where -- where you don't -- where you don't have |
| 3 | | to at least worry about your basic needs and then where we can concentrate on |
| 4 | | what we're up here for. You know? |
| 5 | MUJAHIDH: | Yeah. |
| 6 | ABDUL-LATIF: | We're not gonna -- we're not --  We're gonna do this the right way.  I gotta gym |
| 7 | | where I live at.  We can get (inaudible).  We gonna do-- we gonna do everything |
| 8 | | we can.  We gonna plan things.  (Inaudible)— camp for a couple times.  You |
| 9 | | know, and do some workouts and then, insha'Allah, we'll see what happens. |
| 10 | MUJAHIDH: | Okay.  Insha'Allah.  Yeah, man. |
| 11 | ABDUL-LATIF: | Akh, just keep your head-- keep your head up, man.  Put your trust in Allah, |
| 12 | | man, that's all I can tell you. |
| 13 | MUJAHIDH: | Yeah, that's what I'm doing.  That's what I'm doing. |
| 14 | ABDUL-LATIF: | I mean, basi-- basically, you know, uh, I ha-- I had -- I had a whole bunch of |
| 15 | | money saved for Hajj and I just put it all into this project, man, so I ain't got no |
| 16 | | money either.  I, I put a lot of faith in that too, man. |
| 17 | MUJAHIDH: | Yeah. |
| 18 | ABDUL-LATIF: | Well, let me call you back, man, because I'm pulling in.  I got to bring some |
| 19 | | groceries inside. |
| 20 | MUJAHIDH: | All right.  Insha'Allah.  Salamu alaikum. |
| 21 | | *(Recording concluded.)* |
| 22 | | |

# EXHIBIT B
## (Video)