

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*Please reply to:*
*Michael Dion*
*Assistant United States Attorney*
*Direct Line: (206) 553-7729*

*700 Stewart Street, Suite 5220*
*Seattle, Washington 98101-1271*
*www.usdoj.gov/usao/waw*

*Tel: (206) 553-7970*
*Fax: (206) 553-0755*

December 6, 2012

Michele Shaw
Law Offices of Michele Shaw
2003 Western Avenue, Suite 330
Seattle, Washington 98121

Lee A Covell
Attorney at Law
119 1st Avenue South, Suite 500
Seattle, Washington 98104

Re:  *U.S. v. Wali Mujahidh*
     No. CR11-228JLR, USDC, W.D. Washington

Dear Michelle and Lee:

This afternoon, Mr. Abdul-Latif entered a guilty plea in the above-referenced case. Mr. Abdul-Latif's plea agreement was entered into pursuant to Fed. R. Crim. P. 11(c)(1)(C), with both parties agreeing to recommend a sentence of imprisonment within the range of 17-19 years.

We are writing to inform you that, notwithstanding the terms of Paragraph 9 of Mr. Mujahidh's plea agreement: (a) the government will recommend at Mr. Mujahidh's sentencing hearing that the Court impose a sentence within the range of 17-19 years; (b) the government will not seek to withdraw from the plea agreement unless the Court imposes a sentence of less than 17 years; and (c) the government will permit Mr. Mujahidh to withdraw from the plea agreement if the Court imposes a sentence of greater than 19 years. In all other respects, the government intends to enforce the terms of the plea agreement that we entered into with Mr. Mujahidh.

Please do not hesitate to give us a call if you have any questions or concerns.

Yours truly,

JENNY A. DURKAN
United States Attorney

TODD GREENBERG
MICHAEL DION
Assistant United States Attorneys

**Exhibit A**

**DELTON W. YOUNG, Ph.D.**
Interlake Psychiatric Associates, PLLC
2025 112TH AVENUE NE   #200
BELLEVUE, WA  98004
TEL  425-462-9511    FAX  425-462-8894
EMAIL: drdwyoung@comcast.net        WEBSITE: drdeltonyoung.com

## EDUCATION

Ph.D.    Center for the Study of Psychological Development.   Graduate School of Education and Human Development, University of Rochester, 1982.

M.S.     Clinical Psychology.   Eastern Washington University, 1975.

B.S.     Chemistry/Physics.   Central Washington State College, 1970.

## ACADEMIC APPOINTMENTS

**Clinical Assistant Professor**.   Department of Psychiatry and Behavioral Sciences, University of Washington School of Medicine. 1997-2001.

**Clinical Instructor in Psychology.**   Department of Psychiatry and Behavioral Sciences, University of Washington School of Medicine.   1996-1997.

**Clinical Instructor in Psychology**.   Dept. of Psychiatry, Harvard Medical School. 1985-1994.

**Post-Doctoral Fellow**.   Adolescent and Family Psychology.   Harvard Medical School/McLean Hospital.   1984 -1985.

**Post-Doctoral Fellow**.   Adolescent Clinical Psychology.   Harvard Medical School/McLean Hospital.   1982-1984.

**Psychology Intern**.   Department of Psychology.   Oregon State Hospital.   1980-81.

## CURRENT FORENSIC PRACTICE   (1994-2012)

*Juvenile:*      Competency to Stand Trial, Legal Capacity/Diminished Capacity, Decline/Waiver to Adult Court, Insanity Defense, Competency to Waive *Miranda* Rights; mitigation Risk Assessment for School Districts, Courts and Psychiatric Hospitals

*Torts:*         Evaluation for emotional damages in civil litigation.

*Criminal:*      Evaluations for Competency to Stand Trial, Insanity Defense, Diminished Capacity, Competency to Waive *Miranda* Rights, Mitigation at Sentencing.   Risk Assessment

*Family Law:*  Parenting Evaluations, Psychological Evaluation of Parents, Dependency, Termination of Parental Rights, Re-Integration

*Education:*    Independent evaluations for school districts for educational planning and IEP's

*Testimony:*   1994-2012: at trials, depositions, hearings--in juvenile, family, criminal, education, personal injury, and malpractice cases. Qualified as expert in King, Snohomish, Pierce, Yakima, Whatcom, Kittitas, Benton/Franklin, Thurston and Grant Counties.

**Exhibit D**

Delton W. Young, Ph.D. -- 2

## PROFESSIONAL EXPERIENCE

**Assistant Psychologist:**  McLean Hospital, Boston, 1985-1992;
**Associate Psychologist:**  McLean Hospital, Boston, 1992-1994:

-- <u>Clinical practice</u>:   Individual and family therapies, psychodiagnosis, in-patient administration
-- <u>Consultant</u>:   to clinical treatment reviews (in-patient, day program and out-patient) at adolescent half-way houses, group homes, and schools.
-- <u>Supervisor</u>: of Psychology post-doctoral fellows and Psychiatry residents on individual psychotherapy, family therapy, and psychological evaluation.
-- <u>Principal Investigator</u>:   Family Assessment Project (grant-supported research).   Developed adolescent-family assessment methods and clinical service.

**Post-Doctoral Fellow.**  Adolescent and Family Treatment and Study Center (1/2 time).   Individual and family therapy, psychodiagnostics and research development on family-oriented, in-patient adolescent program.   McLean Hospital,   1984-1985.

**Post-Doctoral Fellow.**  Adolescent Clinical Psychology.   Individual/family therapy, psycho-diagnosis (adolescents and adults).   Seminars in psychotherapy, adolescent development and psychopathology, psychodiagnosis.   McLean Hospital, 1982-1984.

**Staff Psychologist.**  Psychodiagnosis of adolescents and adults.   Individual, group therapy.   Consultation to case conferences.   Program evaluation.   Oregon State Hospital, 1981-82.

**Clinical Psychology Intern.**  (11-month, 1900-hour internship).   Supervised experience in diagnostic assessment, individual and group therapy.   Rotations in general psychiatric Service and child/adolescent treatment program.   Oregon State Hospital, 1980-1981.

## PROFESSIONAL TRAINING AND PUBLIC SPEAKING

The Nature and Quality of Malingering.   Invited address to the Washington Institute for Mental Health Research and Training, Western State Hospital.    May, 2009

Mental Health Evaluation of Juveniles for Decline of Jurisdiction Hearings. Invited address to the Washington State Legislature, Human Services Committee, Olympia, February, 2009

*Collaboration Between Attorneys and Mental Health Experts: Beyond the Basics.*   Panelist for one-day conference, TeamChild, Seattle October, 2008

Judgment and Risk-Taking in Adolescence: Implications of Psychological and Brain-Imaging Research.   Invited address to the Washington State Truancy/Becca Conference, 5/05

Mental Status Examination and Psychopathology. Friends of Youth.   March, 2006.

The Growth of Judgment from Adolescence to Adulthood:   Implications for Juvenile Justice.   Invited address to the Washington State Legislature, Juvenile Justice and Family Law Committee, Olympia, January, 2005.

Mood Disorders in Adolescence.   Friends of Youth, Griffin Home Staff. Renton   September, 2003

Maturity of Judgment:   The Ongoing Development from Adolescence to Adulthood.   Invited address to the Washington State Legislature, Juvenile Justice and Family Law Committee, Olympia, February, 2003

Risk Assessment for Violence in Psychiatric Patients: Recent Research and Methods.   Eastside Psychiatric Group, Kirkland, Jan., 2003

Emotional Abuse of Children: Family Dynamics and Assessment, Title 26 Family Law GAL Training Program, WSBA, Seattle, March 2002

Panel, Attachment Disorders Conference, Seattle Psychoanalytic Assn., 2001

Antisocial Development in Children/Adolescents,   Friends of Youth, Issaquah 2001

**Exhibit D**

PROFESSIONAL TRAINING AND PUBLIC SPEAKING, cont.

     Psychological Testing in Custody Evaluations, Snohomish County Bar Association, Family Law
         Interest Group, 2001
     Assessment of Antisocial Youth, Trainings Sponsored by Seattle Crisis Clinic, 1999-2000
     Assessment of Violence Risk in Juveniles, Trainings for Seattle Children's Home, 1999-2000
     Psychological Development of Antisocial Youth, WA Council of Mental Health Centers, 1999
     Antisocial Development, trainings for Friends of Youth staff, Renton, 1997-2001
     Violence in Youth, parent group presentations, Mountlake Terrace High School, 1996
     Raising Healthy Adolescents, Rotary Club, Mountlake Terrace, 1996
     Curbing Violence Among Youth, Senator Patty Murray Community Forum, Tacoma, 1996
     Families of Borderline Personality Disorder Adolescents, McLean Hospital/Harvard Medical School,
         Grand Rounds, 1992
     Adolescent-Family Development, Public Schools, Belmont, MA 1990-91

PUBLICATIONS:   Books and Professional Journal Articles

Young, D. (1999).   *Wayward Kids: Understanding and Treating Antisocial Youth.*   Northvale, NJ:
Jason Aronson, Inc.     (Psychology textbook on antisocial development and treatment).

Young, D. (1999).   WISC-III third factor.   *Journal of the American Academy of Child and Adolescent Psychiatry, 38,* 1207.

Young, D. (1997). Using DSM-IV: A Clinician's Guide to Psychiatric Diagnosis [Invited book review].
*American Journal of Psychotherapy, 51,* 124-125.

Young, D. & Gunderson, J. (1995).   Family images of borderline adolescents.   *Psychiatry: Interpersonal and Biological Processes,* 58, 164-172.   Presented at Grand Rounds, Harvard Medical School and McLean Hospital.

Young, D. & Childs, A. (1994). Family images of hospitalized adolescents: The failure to generate shared understandings. *Psychiatry: Interpersonal and Biological Processes,* 57, 258-267.

Young, D. (1994). Behaviors and attributions: Family views of adolescent psychopathology.
*Journal of Adolescent Research,* 9, 427-441.

Young, D. (1994). Images of the family's adolescent: Clinical application of an empirical method. *Family Therapy,* 21, 117-127.

Young, D. & Klein, A. (1992). Family images of the adolescent: An empirical method for clinical assessment. *Journal of Family Psychology,* 6, 139-152.

Young, D. (1991). Family factors in failure of psychotherapy. *American Journal Psychotherapy,* 45, 495

Young, D. (1985). Reliability of videotape-assisted recall in counseling process research.
*Counselor Education and Supervision,* 24, 360-364.

Young D. & LaRue, C. (1998). Aggression in a middle class high school: Prevalence, effects and protective factors.   Unpublished research manuscript.

Banaka, W. & Young, D. (1985). Impact of an adventure camp on chronic psychiatric patients:
Functional levels and deinstitutionalization. *Hospital and Community Psychiatry,* 36, 746-758.

**Exhibit D**

Delton W. Young, Ph.D. -- 4

Nielsen, G. & Young, D. (1982). Multipli-acting out adolescents: Developmental correlates and response to secure treatment. *International Journal of Offender Therapy and Comparative Criminology*, <u>26</u>, 195-206.

Young, D. (1981). Meanings of counselor nonverbal gestures: Fixed or interpretive? *Journal of Counseling Psychology*, <u>27</u>, 447-452.

OTHER PUBLICATIONS

Young, D. (2010).   Mental Health Malingering in Legal Contexts.   *King County Bar Bulletin*, February.

Young, D. (2003).   Varieties of Thought Disorder in the Criminal Context. WSBA *Bar News*, March.

Young, D.   (2002).   *Miranda* Waivers in Juveniles: Validity and Assessment.   WSBA *Bar News*, March.

Young, D.   (2001).   Psychological testing in parenting evaluations.   *King County Bar Bulletin*, February.

Young, D. (1999).   Handguns in America.   *Seattle Times* [Editorial page article].   December 20, B5.

Young, D. (1999).   Experts' predictions of dangerous behavior.   *King County Bar Bulletin*.   June.

Young, D. (1998).   Post-traumatic stress disorder: Current insights.   *King County Bar Bulletin*.   June.

Young, D. (1996).   Development means more than growth.   *Seattle Sunday Times* [Editorial page article].   December 8, C1.

Young, D. (1995). Suburban Disconnect.   *Seattle Post-Intelligencer* [Editorial page feature article], Nov. 12, E1.

Young, D. (1995). Youth violence in the suburbs.   *Seattle Post-Intelligencer* [Editorial page article], July 27, A17.

Young, D. (1995). Gangs a Poor Substitute for Family, Community.   *Seattle Post-Intelligencer* [Editorial page article], Nov. 12, E1-2.

PROFESSIONAL AFFILIATIONS

American Psychological Association
Washington State Psychological Association

LICENSURE:   Washington (#1580, 1992); Oregon (#802, 1992); Massachusetts (Inactive; #3516, 1984)

RELATED EXPERIENCE

Director and Chief Guide.   Oregon State Hospital Adventure Camps.   Planned and directed experimental mountaineering outings for psychiatric patients.   1972 and 1980-1981.

Professional Mountain Guide and Instructor.   Planned and directed mountaineering treks and climbing expeditions in Asia, Africa, South America and Alaska.   Directed mountaineering program, U.S.

**Exhibit D**

# Mark A. Koenen, M.D., J.D.

## Contact Information

Two Union Square
601 Union Street, Suite 1704
Seattle, WA  98101- 2327

Telephone:  (206) 623-1949
Fax:          (206) 682-4284
E-mail:       markakoenen@hotmail.com

## Education

2005-2008    **Duke University School of Law**
Durham, NC
Juris Doctor
**Study Abroad Programs**
Fundación Universitaria San Pablo – CEU
    Madrid, Spain.  June - August 2006
ESADE University School of Law
    Barcelona, Spain.  September - December 2007

1996-2000    **New York University School of Medicine**
New York City, New York
Doctor of Medicine
**Study Abroad Program**
Subinternship in Tropical Medicine, Chulalongkorn University
    Bangkok Thailand.  March-April 2000.

1989-1995    **University of Washington**
Seattle, Washington
Bachelor of Arts in International Studies
**Honors and Awards**
Phi Beta Kappa
High Scholarship

## Medical Specialty Training

2004-2005    **Tulane University Department of Psychiatry and Neurology**
New Orleans, Louisiana
Fellow in Forensic Psychiatry

2001-2004    **University of Washington Department of Psychiatry**
Seattle, Washington
Resident in General Psychiatry

2000-2001    **University of Washington School of Medicine**
Seattle, Washington
Internship in Internal Medicine, Adult Neurology, and Pediatric Neurology

**Exhibit E**

### Work Experience

| | |
|---|---|
| 2009 – Pres. | **Private Practice**<br>Seattle, Washington<br>General and forensic psychiatry |
| 2009 | **Vericare, Inc.**<br>Newport Beach<br>Attending Psychiatrist (per diem)<br>Provided psychiatric care to nursing home residents |
| 2008 – 2009 | **Knobbe Martens Olson & Bear**<br>Irvine, CA<br>Attorney<br>Provided legal services on a variety of intellectual property matters |
| 2007 | **New Hanover Regional Medical Center**<br>Wilmington, NC<br>Attending Psychiatrist (per diem)<br>Provided inpatient psychiatric care, consultation services, and emergency department coverage |
| 2007 | **Wilson Sonsini Goodrich Rosati, P.C.**<br>San Francisco, CA<br>Summer Associate<br>Performed legal research and worked on a variety litigation matters |
| 2004-2005 | **Veterans Administration Medical Center**<br>New Orleans, LA<br>Attending Psychiatrist (per diem)<br>Provided night and weekend coverage of emergency department and inpatient unit as well as psychiatric consultation services |
| 2002-2005 | **United States Navy Reserve, Medical Corps**<br>Tacoma, WA (Currently in Individual Ready Reserve)<br>Attending Psychiatrist<br>Rank: Lieutenant Commander<br>Provided medical and psychiatric treatment for Navy personnel |
| 2002-2007 | **Medical Dental Staffing, Inc.**<br>Seattle, WA<br>Psychiatrist (per diem)<br>Performed psychiatric evaluations on disability claimants |

**Exhibit E**

### Academic Appointments

2009 – Pres.   **Tulane University School of Medicine**
Department of Psychiatry and Neurology
Assistant Clinical Professor of Psychiatry


### Medical Licenses

Washington:      June 2002 - Present
Louisiana:       May 2004 - Present
North Carolina:  November 2005 – Present
California:       February 2009 – Present


### Board Certifications

General Psychiatry - American Board of Psychiatry and Neurology, June 2005
General Psychiatry with Added Qualification in Forensic Psychiatry, April 2009


### Bar Memberships

California:      December 2008 – Present
United States District Court for the Central District of California:   May 2009 - Present


### Other Certifications

Electroconvulsive Therapy - December 2003
Basic Cardiac Life Support - February 2004
Advanced Cardiac Life Support - April 2004


### Professional Affiliations

American Academy of Psychiatry and Law
American Association for Geriatric Psychiatry
Association of Military Surgeons of the United States
American Academy of Sleep Medicine


### Research Experience

2003-2004      **Principal Investigator**

Exhibit E

**Project Title: Factors Associated with the Level of Violence among Individuals Found Not Guilty by Reason of Insanity**
Western State Hospital, Lakewood, Washington

2003-2004    **Investigator**
**Project Title: Archival Discriminators of Sexual Sadism among Civilly Committed Sex Offenders**
Principal Investigator: Henry Richards, Ph.D.
Special Commitment Center, McNeil Island, Washington

1997-1999    **Investigator**
**Project Title: Medium-Term Survival Study of Kinemax Total Knee Replacements**
Supervising Faculty: Noel Testa, M.D.
New York University Department of Orthopedic Surgery, New York City, NY

1993-1996    **Research Assistant**
**Project Title: Quality of Life Assessment Using the SF-36**
Supervising Faculty: Donald Patrick, Ph.D.
University of Washington Department of Health Services, Seattle, WA

## Publications

Thompson J and Koenen M. Physicians as Gatekeepers in the Use of Medical Marijuana. *Journal of the American Academy of Psychiatry and Law.* Volume 39, No. 4, 2011

Koenen M and Thompson J. Filicide: Historical Review and Prevention of Child Death by Parent. *The Infant Mental Health Journal.* Volume 29, No 1, 2008.

Koenen M and Herbert P. Competence to Stand Trial. *Journal of the American Academy of Psychiatry and Law.* Volume 33, No. 4, 2005

## Selected Presentations

*Legal Ethics for Forensic Psychiatrists.* Forensic Fellowship Education Lecture at Tulane University School of Medicine. New Orleans, LA – May 29, 2009

*Wiseguys, Molls and Psychopaths: A Forensic Psychiatrist Looks at Mafia Movies.* Presentation at Tulane University School of Medicine Symposium: "The Many Faces of Antisocial Personality Disorder." Weston-Canal Place Hotel, New Orleans, Louisiana – April 18, 2009.
*Sociopathy at its Hollywood Best.* Presentation at Tulane University School of Medicine Symposium: "The Many Faces of Antisocial Personality Disorder." Weston-Canal Place Hotel, New Orleans, Louisiana – April 18, 2009.

4

**Exhibit E**

*Stalkers and their Victims*. Forensic Fellowship Education Lecture at Tulane University School of Medicine. New Orleans, LA – March 14, 2008

*Media Images of Psychiatry*. Grand Rounds Presentation at Tulane University School of Medicine. New Orleans, Louisiana – June 1, 2007.

*Sexual Sadism: In Word and Deed*. Rebecca Jackson, Ph.D., Henry Richards, Ph.D., Julia McCraw, Ph.D., Mark Koenen, M.D.. Conference of the American Psychology-Law Society. Hilton St. Petersburg, St. Petersburg, Florida – March 3, 2006.

*Dangerousness Assessment in Clinical Practice*. Psychiatry Resident Education Lecture at Tulane University School of Medicine – April 22, 2005.

*Psychiatry on Film*. Presentation at the French Quarter Symposium. Chateau Sonesta Hotel. New Orleans, Louisiana – April 9, 2005.

*Filicide: Risk Factors and Psychological Aspects*. Karen Ross, M.D., John W. Thompson, Jr. M.D., Mark Koenen, M.D. Presentation at American Academy of Forensic Sciences 57th Annual Meeting. New Orleans, Louisiana – February 21, 2005.

*From Bedlam to a Beautiful Mind: A Historical Understanding of Psychiatry Through the Lens of Schizophrenia*. Grand Rounds Presentation at University of Washington Medical Center. Seattle, Washington - June 10, 2004.

*The Detection of Malingering*. Grand Rounds at VA Puget Sound Medical Center. Seattle, Washington - September 13, 2002.


**Foreign Languages**

Spanish


**Extracurricular Activities**

| | |
|---|---|
| 2006-2008 | Duke University School of Law Moot Court Board |
| Jan. 2007 | Quarterfinalist - Regent University Constitutional Law Moot Court Competition<br>Winner - Best Brief Award |
| 2006-2007 | Co-President, Duke University Health Law Society |
| 2005-2006 | Duke Law 1L Representative to the Duke University Graduate and Professional Student Council |
| Nov. 2005 | Semifinalist - Kilpatrick Stockton 1L Mock Trial Competition, |

**Exhibit E**

Winner - Best Advocate Award

2002-2004    Community Leadership Program
             University of Washington Department of Psychiatry and Behavioral Science

1996-1998    Child Abuse Prevention Project
             New York University School of Medicine

1993-1994    Student Senator, Associated Students of the University of Washington

1990-1992    Undergraduate Representative, University of Washington Student Lobby

**Exhibit E**

January 24, 2012

To the Honorable Judge Robart Presiding:

I am highly remorseful for my actions and the event that led up to my being here. I would like to apologize to my country for my betrayal, the employees, staff at the military entrance processing station for any harm I might have caused any of them. I would also like to apologize to my religion for any misrepresentation I might have caused. As well as my family for any shame I might have brought upon my name.

My actions were cowardly and shameful. I accept full responsibility for my actions.

Wali Mujahidh

**Exhibit F**

## Exhibit G

- **FDC Medical Records** (008145-008249)
    - July 2001 through May 2012

- **Augustus Hawkins Hospital Records** (006428-00006470)
    - September 2008 through December 2011

- **Physicians Behavioral Hospital Records** (007740-008098)
    - February and March 2010
    - September and October 2010

- **DelAmo Behavioral Health Systems Records** (007236-007327)
    - March and April 2009

- **Harborview Medical Center Records** (005657-005926)
    - July and August 2006
    - August and September 2007
    - July through October 2008

- **Adventist Hospital Records** (005930-006246)
    - July 2008

- **Tri-City Mental Health Records** (006418-006422)
    - 1998 through 2000

- **Charter Oak Hospital Records** (006247-006417)
    - February 1999
    - July 2004

- **Riverside County Regional Medical Center** (006471-007235)
    - Multiple visits between January 2000 and March 2006

- **Cedar House Records** (005653-005656)
    - 2000 through 2003

- **Child Haven, Las Vegas Records** (006423-006427)
    - 1981 through 1983

- **Long Beach Hospital Records** (005927-005929)
    - Birth (no records)

Exhibit G