LODGED RECEIVED MAIL
NOV 14 2019
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

mon. 23-09-19

To the honourable Judge Robart Presiding

It is not acceptable for me to make mistakes, but due to my present situation I have taken upon myself to learn from them and change my behaviour.

I am not proud in the least for the crime(s) that have led up to my present day incarciration.

Had I been successful in following through with the intended crime(s) I would not be able to live with myself knowing that I had commited those crimes.

While serving my sentence I have still made mistakes as I strive to change my behaviour and thinking errors.

I humbly ask, "That you not only take to thought those crimes and mistakes previously comited". But, "to also consider my efforts to improve my thinking, conduct and character."

So that I may be a better man for not just myself and family but for all of society at large.

As you consider your judgement in the motion before you. Thank you and respectfully peace be unto you.

Mr. Walli Mujahidh