WALLI MUJAHIDH
P.O. BOX 6000
GLENVILLE W.V. 26351

October 04, 2021

RE: COMPASSIONATE RELEASE LETTER
    CRIMINAL CASE NO: 2:11CR00228JLR-002

FILED ___ LODGED ___ RECEIVED ___ MAIL
OCT 08 2021
CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
DEPUTY

Dear Presiding Judge Honorable Robart;

   Please accept this correspondence as a formal inquiry to update the court of changed behavior. Since June of 2011 when I was arrested for Conspiracy to commit murder. Duly note, 'CONSPIRACY' was declared unconstitutional according to the Dimaya ruling of 16(b).

   Accordinglky under Title 28 U.S.C. 1746 Penalty of Perjury I, Walli Mujahidh declare that I am highly remorseful for the alleged acts that led to the current period of incarceration. In the 10 years I have served out of 17 I had a chance to learn alot about myself and correct the past thinking errors that plagued myself on the streets.

   Notably, I never went forth with the final act of commiting the henious crime of murder. As it would have been too much for me to bear. I would not be able to live with myself. My actions were cowardly and not the reactions of a changed man. I beg the court have mercy on my soul and ask the employees at M.E.P.S. Sea-Tac , the country and my family to forgive me.

/s/ _____
    Walli Mujahidh
    FCI GILMER
    P.O. BOX 6000
    Glenville W.V. 26351

TRULINCS 40738086 - MUJAHIDH, WALLI - Unit: GIL-A-B

----------------------------------------------------------------------------

FROM: WARDEN
TO: 40738086
SUBJECT: RE:***Inmate to Staff Message***
DATE: 09/16/2021 08:52:51 AM

Communicate with your unit team for proper guidance on your request

>>> ~^!"MUJAHIDH, ~^!WALLI" <40738086@inmatemessage.com> 9/14/2021 11:23 AM >>>
To: wolfe
Inmate Work Assignment: facl ? a & o

i would like a review for compassionate release



FILED
LODGED
RECEIVED

MAIL

OCT 08 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY